# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Mark Miller, *et al.*,

    Plaintiffs,

        v.                        Case No. 1:08cv550

City of Cincinnati, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## AMENDED JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiff's Motion for Summary Judgment (Doc. 138) is GRANTED. Judgment is entered in favor of Plaintiff Mark Miller and against the Defendants City of Cincinnati; Milton Dohoney, Jr.; and Joel Koopman in the amount of in the amount of one dollar ($1.00). Judgment is entered in favor of Plaintiff Coalition Opposed to Addition Spending & Taxes and against the Defendants City of Cincinnati; Milton Dohoney, Jr.; and Joel Koopman in the amount of in the amount of one dollar ($1.00). This action is closed.

Date: September 11, 2012             John P. Hehman, Clerk
                                                    Clerk

                                       By:       *S/Barbara A. Crum*
                                       Deputy Clerk